#60554

UNCLAIMED FUNDS

FILED
2010 MAR 16 PM 2: 11

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

MARCH 15, 2010

05-64262  ANGELO JOHN GILLONO
CREDITOR DID NOT CASH CHECK
CHECK #418542 FOR $155.29
BANK OF AMERICA
PO BOX 2278
NORFOLK, VA 23501-2278

06-61150  KEITH ADAM BARCROFT
TONYA MARIE BARCROFT
CREDITOR DID NOT CASH CHECK
CHECK #418543 FOR $38.33
WILLIAM MANOS, DDS
61 W MAIN ST
SHELBY, OH 44875-1205

0 · *

155·29+
38·33+
193·62+